## STATEMENT OF FACTS

On Tuesday, December 8, 2020, Officer Marcus Lemon of the United States Secret Service (USSS) was on duty and in full police uniform near the corner of West Executive Avenue and Pennsylvania Avenue NW. Officer Lemon was located inside the restricted area surrounding the White House.

The White House complex, which includes, among other things, the White House Mansion and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House complex, which has both permanent and movable security barriers surrounding it ("security barriers"). There are signs posted along the security barriers that state "Restricted Area, Do Not Enter." On Tuesday, December 8, 2020, the restricted area around the White House included the closure of Lafayette Park from 17th Street to 15th Street, up to H Street Northwest in preparation for Inauguration Day.

At approximately 9:58 am, Officer Lemon observed a man later identified by word of mouth as Scott Del Masson wearing a heavy brown jacket and walking within the restricted area on Pennsylvania Avenue. Officer Lemon observed Masson walking towards the fence that is blocking off the construction area for the Inauguration stands and then walk towards a pedestrian entrance to the White House grounds. Officer Lemon observed that Masson appeared lost and approached him. Officer Lemon asked Masson if he was working on the Inauguration stands. He said "No." Officer Lemon also asked whether Masson had a pass and he said "No, no." Officer Lemon then called another USSS post and verified that Pennsylvania Avenue was closed to the public at that time, which was confirmed. Officer Lemon told Masson that he was not allowed to be in the area and that only people with passes or appointments were allowed. Officer Lemon instructed Masson to leave and pointed him towards 17th Street and Pennsylvania Avenue where he could exit the restricted area.

Masson began walking westbound towards 17th Street and Pennsylvania Avenue, but then stopped, still within the restricted area, in front of the Dwight D. Eisenhower Building. The Dwight D. Eisenhower Building is adjacent to the White House and within the restricted area that surrounds the White House. Officer Lemon told Masson he had to keep moving, again trying to direct him towards 17th Street and Pennsylvania Avenue. Masson stepped up on a fixed park bench in front of the north fence line of the Dwight D. Eisenhower Building and then jumped over the fence and into the northeast courtyard of the Dwight D. Eisenhower Building. Officer Lemon saw Masson stumble upon landing and then get up. Seeing that Masson was now farther inside the restricted area, and believing that he would continue moving farther into the restricted area, Officer Lemon immediately followed Masson, jumping over the fence and into the courtyard. Officer Lemon grabbed Masson and placed him under arrest. Masson said that he's "not the enemy" and asked "Is Michaels here? FBI?"

USSS agents asked Masson if he would be willing to answer questions. Masson said he did not want to talk, he just wanted to go to the hospital, then made nonsensical statements about wanting his belongings.

```
Case: 1:20-mj-00238
Assigned To : Faruqui, Zia M.
Assign. Date : 12/9/2020
Description: Complaint w/ Arrest Warrant
```

Records checks revealed that Scott Del Masson has identified by other names including Nickolas Del Mitchel, Nikolas Del Mitchel, and Mitchell Del Nickolas.

Prior to this arrest, USSS law enforcement personnel previously interviewed Masson on June 11, 2020 near the southwest corner of Lafayette Park. Masson told USSS personnel that he wanted to speak to the President of the United States. Masson said that he hitchhiked from Missouri and had been in the Washington, D.C. area for the last four weeks.  He said that he came to the White House to meet with, "Darryl" and President Trump.  When asked who, "Darryl" was, Masson explained he was the head of Congress. Masson stated, "Darryl" was supposed to set up a meeting with President Trump, who would help him get his kids back. Masson said he wanted to speak with President Trump about, "Him doing God's work, justice, peace and bringing back the dead."  Masson said the government has the power to bring people back from the dead.  Masson expressed several times throughout the interview, "I know this sounds crazy, but I'm not crazy." Masson also said that he had seen the President before and has been on Air Force One, however he was not impressed.

Masson was also interviewed by USSS law enforcement personnel on June 18, 2020 in Lafayette Park. Masson said that he wanted to speak with "Darryl" in regards to his children. He said that since everyone knows Darryl, President Trump may also know him.

Based on the foregoing, your affiant submits that there is probable cause to believe that the Defendant violated 18 U.S.C. § 1752(a)(1) (Unlawful entry into restricted grounds) and 22 D.C. Code § 3302(b) (Unlawful entry on property).

_____
MARCUS LEMON
Officer, United States Secret Service
Badge Number 1989

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9<sup>h</sup> day of December, 2020.*

_____
Zia Faruqui
U.S. Magistrate Judge