UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SCOTT DEL MASSON,**<br><br>Defendant. | Magistrate Number   20-mj-00238<br><br>VIOLATIONS:<br><br>**18 U.S.C. § 1752(a)(1)**<br>**(Entering or Remaining in Restricted Building or Grounds)**<br>**(Count One)**<br><br>**22 D.C. Code § 3302(b)**<br>**(Unlawful Entry Public Property)**<br>**(Count Two)** |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about December 8, 2020, within the District of Columbia, the defendant, **SCOTT DEL MASSON,** did knowingly enter and remain, and attempt to enter and remain, in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Ground**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about December 8, 2020, within the District of Columbia, the defendant, **SCOTT DEL MASSON,** without lawful authority, did enter and attempt to enter certain public property, that is, the White House Complex and Grounds, against the will of the United States Secret Service

Officers, lawfully in charge thereof.

(**Unlawful Entry (Public Property)**, in violation of D.C. Code, Section 3302(b))

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        New York Bar Number 4444188

By: */s/ Mary A. Freeman*
        MARY A. FREEMAN
        Wyoming Bar No. 7-5473
        Special Assistant U.S. Attorney
        Federal Major Crimes
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        Mary.Freeman@usdoj.gov
        (202) 803-1628